IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAY D. HAMILTON, SR.                                                                                         PLAINTIFF

v.                                         NO. 4:15CV00533 JLH

REX AKERS; BROOKE AKERS;
CALVERT STREET CAPITAL PARTNERS;
JACOB CANOVA; and
LAGNIAPPE PHARMACY SERVICES                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 29th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE